UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:                          )
                                )
Rodney Thomas Day,              )       Case No. 09-82078
                                )
          Debtor.               )
_____)
                                )
Rodney Thomas Day,              )
                                )
          Plaintiff,            )
                                )
v.                              )       Adversary No. 10-9010
                                )
SunTrust Bank,                  )
                                )
          Defendant.            )
                                )

<u>ORDER</u>

This adversary proceeding came before the court on May 12, 2010, at which time the attorney for the plaintiff informed the court that an amended complaint was being filed in the case. It appearing that the original complaint will be replaced by an amended complaint, the court has concluded that the entry of default in this adversary proceeding should be set aside and that the Debtor's motion for default judgment should be denied.

IT IS SO ORDERED.

This 12th day of May, 2010.

_____
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES IN INTEREST


Edward C. Boltz, Esq.
1738-D Hillandale Road
Durham, NC 27705

SunTrust Bank
Attn: Support Services
P.O.Box 85092
Richmond, VA 23286


Michael D. West, Bankruptcy Administrator